UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER & STEVENS LLP**
1599 HAMBURG TURNPIKE
WAYNE, NEW JERSEY 07470
TELEPHONE: 973-696-8391
DAVID L. STEVENS (ATTORNEY ID 034422007)
COUNSEL FOR THE DEBTORS

**Order Filed on February 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John J. Sinisi & Irene G. Sinisi,

      Debtors.

Chapter 13

Case NO. 18-13084

Hearing Date: March 5, 2019 @ 10 a.m.

Hon. Kathryn C. Ferguson

## ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: February 19, 2019**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

  THIS MATTER, having been brought to the Court on the motion of the Debtor John J.

Sinisi & Irene G. Sinisi (the "Debtors"), by and through their counsel, Scura, Wigfield, Heyer &

Debtors': Mariver M. Taclan & Sheryl Taclan
Case No.: 16-22687 (KCF)

Caption of Order: **Order Authorizing Debtor to Enter Into Loan Modification Agreement**

Page 2 of 2

Stevens, LLP, seeking an Order authorizing the Debtors to enter into the Proposed Loan Modification Agreement with the Secured Creditor Ocwen Loan Servicing, LLC., ("Ocwen") concerning their mortgage loan encumbering their primary residence at 2414 3rd Street. For Lee, NJ 07024 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Ocwen and the Debtors are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that Ocwen, solely in its capacity as servicer, shall deliver to the Debtors a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should Ocwen, solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.